IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:05CR267 |
| v. ) | |
| JULIO C. SOTO, EDGAR ZAVALA-LOPEZ, ALFREDO RODRIGUEZ JR., ) | REASSIGNMENT ORDER |
| Defendants. ) | |

Before the court is the government's Notice of Related Case (Filing No. 4) indicating that this case is related to 8:05CR131 *United States v. Jesus Padilla, et al.*

**IT IS ORDERED** that this case is reassigned to Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge Thomas T. Thalken for judicial supervision and pretrial matters.

**DATED July 21, 2005**

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge