IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  8:05CR267 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JULIO C. SOTO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Julio C. Soto (Filing No. 71).

IT IS ORDERED:

After careful consideration and given the Court's calendar the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Julio C. Soto  (Filing No. 71) is denied.  The Court will discuss the possibility of self-surrender at a later date if the Defendant is in complete compliance with his conditions of release at the time of sentencing.

Dated this 30th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge