IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR267 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **JULIO C. SOTO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion to change the time of the sentencing hearing in the above matter,

IT IS THEREFORE ORDERED:

1. The sentencing hearing in this matter is moved from 1:00 p.m. to **3:00 p.m.** on **Thursday, December 22, 2005**.

DATED this 21st day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge